UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THEODORE SHEELEY and TIMOTHY WALKER, individually and on behalf of similarly situated individuals, | ) ) ) ) |
| Plaintiffs, | ) ) Case No. 17-cv-03076 |
| v. | ) ) Hon. Sharon Johnson Coleman |
| WILSON SPORTING GOODS CO., a Delaware corporation | ) ) ) Magistrate Judge Young B. Kim |
| Defendant. | ) ) ) |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, Theodore Sheeley and Timothy Walker, and Defendant, Wilson Sporting Goods Co., that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action shall be, and hereby is, dismissed without prejudice as to all claims asserted by Plaintiffs and the putative class members. The Parties have reached an agreement in principle for a proposed class settlement, but they have recently learned of issues that may divest the Court of jurisdiction over certain members of the proposed nationwide settlement class. If this Court were to lose jurisdiction over members of the settlement class before the proposed settlement is effectuated, the Parties would need to restart the settlement approval process in other courts after significant notice costs and expenses had already been incurred. Accordingly, by its terms, the proposed settlement will be effectuated in Illinois state court.

Dated: April 5, 2018            Respectfully submitted,

THEODORE SHEELEY and TIMOTHY
WALKER, individually and on behalf of similarly
situated individuals,

By: /s/ *Paul T. Geske*
One of Plaintiffs' Attorneys

Myles McGuire
Paul T. Geske
MCGUIRE LAW, P.C.
55 W. Wacker Dr., 9th Fl.
Chicago, Illinois 60601
Tel: (312) 893-7002
Fax: (312) 275-7895
mmcguire@mcgpc.com
pgeske@mcgpc.com

Scott A. Morgan
Morgan Law Firm, Ltd.
55 W. Wacker Dr., 9th Fl.
Chicago, IL 60601
Tel: (312) 327-3386
Fax: (888) 396-2478


WILSON SPORTING GOODS, CO.

By: /s/ *Jeffery Key*
One of Defendant's Attorneys

Jeffery Key
KEY & ASSOCIATES
321 N. Clark Street, Ste. 500
Chicago, Illinois 60654
Tel: (312) 560-2148
jakey@key-and-associates.com

Michael R. Levinson
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, IL 60606
Tel: 312-460-5000
Email: mlevinson@seyfarth.com

- 3 -

**CERTIFICATE OF SERVICE**

I certify that on April 5, 2018, I filed the foregoing *Stipulation of Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii)* with the Clerk of Court using the CM/ECF system. A copy of said document will be electronically transmitted to all counsel of record.

/s/ *Paul T. Geske*

- 3 -